UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEVEN WAYNE BONILLA, | Case No. 21-cv-03589-WHO (PR) |
|---|---|
| Petitioner, | |
| v. | **ORDER OF DISMISSAL** |
| STATE OF CALIFORNIA, et al., | |
| Respondents. | Dkt. No. 7 |

Petitioner Steven Wayne Bonilla, a California prisoner on death row, has filed a pro se petition for a writ of habeas corpus. However, he has a pending habeas petition in which he challenges the same state court judgment he challenges here. *See Bonilla v. Ayers*, No. C 08-0471 YGR. He is represented by counsel in that case. He must bring all of his claims, motions and other requests through counsel in that case, not in a new petition filed in a new case. Accordingly, the instant habeas action is DISMISSED.

The application for leave to proceed *in forma pauperis* is GRANTED. (Dkt. No. 7.)

The Clerk shall terminate all pending motions, enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED.**

**Dated:** May 21, 2021

WILLIAM H. ORRICK
United States District Judge